Rev. 2/05
PR

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### INSTRUCTIONS TO PRISONER LITIGANTS REGARDING THE FILING
### OF A CIVIL COMPLAINT AND REQUEST TO
### PROCEED IN FORMA PAUPERIS

Listed below you will find very important information relating to the preparation of a complaint for filing in this Court. Please read the instructions carefully. The filing fee for a civil action is $250.00. Pursuant to the amendments to 28 U.S.C. § 1915, a prisoner must pay the full filing fee when bringing a civil action. If, however, insufficient funds exist in the prisoner's account, the court must assess a partial filing fee. Thereafter, the prisoner is required to make monthly payments of the preceding month's income. The agency having custody of the prisoner must forward payments from the prisoner's account to the clerk of court each time the amount in the account exceeds $10.00 until the filing fees are paid. You may request permission from the court to proceed in forma pauperis following the assessment of the initial filing fee, by completing the enclosed affidavit to proceed in forma pauperis.

* Your complaint must set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court must be written at the top of the first page. The word **COMPLAINT** must appear under the caption.

* All parties to the suit **must** be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant. Please provide the address of each named defendant. Your **name**, **address** and **prisoner identification number** must appear in the caption.

* Your complaint must be **legibly** handwritten or typed on white, letter-size (8 ½ x 11 inch) paper. Do not write on the back of the page. Your complaint **must** be double spaced. If you are requesting a jury trial the jury demand must be stated in your complaint.

* You **must** originally sign, in ink, your complaint.

* A Petition for Writ of Habeas Corpus or a complaint under 42 U.S.C. § 1983, submitted by anyone incarcerated in a District of Columbia facility, **must** be on Court approved forms.

* You **must** file the originally signed complaint and application to proceed in forma pauperis. In addition, you are required to file a Consent to Collection of Fees from Trust Account Form, Prisoner Trust Account Report Prisoner and a six month certified copy of your prison trust account statement.

* Preparation of the summons will be the responsibility of the Clerk's Office. If you are granted your request to proceed in forma pauperis, your summons and complaints will be served by the U.S. Marshal.

* Please return your complaint to: U.S. District Court, Room 1225, 333 Constitution Ave., N.W., Washington, D.C. 20001.

NANCY MAYER-WHITTINGTON, CLERK

:\Forms\Prisoner.mem

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


### <u>DO NOT WRITE ON SAMPLE FORMAT</u>


YOUR NAME
YOUR RESIDENCE ADDRESS
CITY, STATE & ZIP
YOUR HOME PHONE NO.


      V

CIVIL ACTION NO

(TO BE FILLED IN BY CLERK)

DEFENDANT (S) NAME (S)
THEIR ADDRESS
CITY, STATE & ZIP


## COMPLAINT

### ( SET FORTH THE FACTS OF YOUR CASE )

### DO NOT WRITE ON THIS SAMPLE FORM

<u>ON THE LAST PAGE OF YOUR COMPLAINT</u> SPELL OUT THE RELIEF YOU ARE REQUESTING FROM THIS COURT.

IF YOU ARE ASKING FOR A TRIAL BY JURY, YOU MUST STATE THIS IN YOUR COMPLAINT.

IF YOU ARE REQUESTING A SPECIFIC AMOUNT STATE THIS IN YOUR COMPLAINT.


ORIGINALLY SIGN (IN PEN) COMPLAINT

YOUR NAME
YOUR ADDRESS
CITY, STATE & ZIP

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _Tommie J. Musgrove_ v. _Anthony Williams (Mayor)_
_Elwood York Jr. (Interim Director of Dept of Correction)_
_Larry Corbett (Warden Central Detention Center)_
_Robert C. Boggs (City Administrator)_

Civil Action No. _____


I, _Tommie J. Musgrove_ # _226-279_ , hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $150.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $150.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Tommie J. Musgrove_
Signature of Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _Tommie J. Musgrove_  Anthony Williams (Mayor)
Elwood York Jr. (Interim Director of Dept. of Correction)
Larry Corbett (Warden of Central Detention Center)
v. Robert C. Boggs (City Administration)

Civil Action No. _____

I, _Tommie J. Musgrove_   # _226-229_____, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $150.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Tommie J. Musgrove_____
Signature of Plaintiff

Claims

(Addendum-)

1). No due process in grievance Procceedures that is responsible for cruel and unjust punishment.

2). Prejudice and discrimination in Religious Pastorial services for Sunni Muslims.

3). Hinderance of assembly for Sunni Muslims Religious services against written directives of Wardans Office.

The above violations under Title 42 U.S.C. 1983, are claims in which relief can be granted whereby Amendments 1, 5 and 8 are being Abridged under the color of the laws.

**FILED**

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1205

Elwood York Jr., Interim Director of DC. Department of Correction at 1923 Vermont Avenue N.W. Washington, DC. 20009

Larry Corbett, Acting Warden, Central Detention Center at at 1901 D st S.E. Washington DC. 20003

Robert C. Boggs, City Administrator at 1350 Penn. Avenue N.W. Washington DC. 20001

Nicola N. Grey, Assist Attorney General Corporation Counsel for service to the Mayor at 441-4th st NW. 6th floor/Sout Washington DC. 20001