AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Tommie J. Musgrove

District of    COLUMBIA

**FILED**

Plaintiff

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Anthony Williams V. (Mayor)
Elwood York Jr, (Interim Director of Dept of Correction)
Larry Corbett, (Warden, Central Detention Center)
Robert C. Boggs (City Administrator)

Defendant

CASE NUMBER:

05 1205

I, Tommie Musgrove _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

<u>Claims</u>                                    (Addendum)

1). No due process in grievance Proceedures that is responsible for cruel and unjust punishment.

2). Prejudice and discrimination in Religious Pastorial services for Sunni Muslims.

3). Hinderance of assembly for Sunni Muslims Religious services against written directives of Wardans Office.

The above violations under Title 42 U.S.C. 1983, are claims in which relief can be granted whereby Amendments 1, 5, and 8 are being abridged und the color of the law.

**FILED**

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1205

Elwood. York Jr., Interim Director of D.C. Department of Correction At 1923 Vermont Avenue N.W. Washington D.C. 20009.

Larry Corbett, Acting Warden, Central Detention Center at 1901 D st S.E. Washington D.C. 20003.

Robert C. Boggs, City Administrator At 1350 Penn. Avenue N.W. Washington D.C. 20001

Nicola N. Grey, Assist, Attorney General Corporation Counsel for service to the Mayor At 441 - 4th st N.W. 6th floor/South Washington D.C. 20001