UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE J. MUSGROVE, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 05-1205 (GK) |
| v. | ) <br> ) <br> ) <br> ) <br> ) |
| ANTHONY WILLIAMS, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Anthony Williams and Robert Bobb, by and through undersigned counsel, move for an enlargement of time to answer or otherwise respond to the Complaint until September 26, 2005. Plaintiff, a *pro se* prisoner, claims religious discrimination in the provision of pastoral care and religious services for Sunni Muslims in the D.C. Jail. Although the Complaint is short, Defendant's counsel was only recently assigned the case and is currently preparing for a trial scheduled to begin on September 12, 2005. The "cause shown," Fed. R. Civ. P. 6(b)(1), for the enlargement is the need to investigate, to finalize representation arrangements for the Department of Corrections officials involved, and to prepare an appropriate response.

Because Plaintiff is currently incarcerated, Defendant has not been able to contact him to find out if he consents to the relief requested herein in accordance with LCvR 7.1(m).

Dated: August 25, 2005

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


*/s/ Kimberly Johnson /* */s/ Wendel Hall/*
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


*/s/ Wendel V. Hall/*
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE J. MUSGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1205 (GK) |
| v. | ) |
| | ) |
| ANTHONY WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT**

Fed. R. Civ. P. 6(b)(1) governs this request because the time period for filing the proposal has not expired. Rule 6(b)(1) authorizes an enlargement for "cause shown." Although the Complaint is short, Defendant's counsel was only recently assigned the case and is currently preparing for a trial scheduled to begin on September 12, 2005. The "cause shown," Fed. R. Civ. P. 6(b)(1), for the enlargement is the need to investigate, to finalize representation arrangements for the Department of Corrections officials involved, and to prepare an appropriate response. Plaintiff will not be prejudiced by an enlargement until September 26, 2005 because this matter is still at an early stage of the proceedings.

For the foregoing reasons and such others as may appear to the Court, Defendants respectfully request that the Court enlarge their time for answering or otherwise responding to the Complaint to September 26, 2005.

Dated: August 25, 2005                    Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov


2