UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE J. MUSGROVE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1205 (GK) |
| ANTHONY WILLIAMS, et al., | ) |
| Defendants. | ) |

**ORDER**

Having considered Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, the memorandum of points and authorities in support, Plaintiff's Opposition, Defendant's Reply, if any, and the entire record herein, it is, this ____ day of ____, 2005:

ORDERED:   that Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendants Williams and Bobb shall answer or otherwise respond to the Complaint on or before September 26, 2005.

_____
Gladys Kessler
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Tommie J. Musgrove
DCDC# 226-279
1901 D Street, S.E.
Washington, D.C. 20003

4