UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOMMIE J. MUSGROVE,  :
:
    Plaintiff,  :
:
v.  :   Civil Action No. 05-1205 (GK)
:
ANTHONY WILLIAMS, *et al.*,  :
:
    Defendants.  :

## **DISMISSAL ORDER**

On September 29, 2005, Defendants filed a motion to dismiss. The Court advised Plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court in an Order dated October 3, 2005. The Court set November 7, 2005 as the deadline for Plaintiff's opposition or other response to Defendants' motion. Plaintiff further was advised that, if he failed to respond timely, the Court would treat the motion as conceded and dismiss the case. To date, Plaintiff has filed neither an opposition nor a motion for an extension of time to file. Accordingly, it is hereby

ORDERED that Defendants' motion to dismiss [#8] is GRANTED as conceded. This civil action is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

November 29, 2005
    /s/
GLADYS KESSLER
United States District Judge